IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FABIAN MARTINEZ, | § | |
| ID # 32595-177 | § | |
|     Movant, | § | |
| | § | |
| v. | § | No. 3:07-CV-1221-O (BH) |
| | § | No. 3:04-CR-0205-O (16) |
| UNITED STATES OF AMERICA | § | ECF |
| | § | |
|     Respondent. | § | |

**ORDER ACCEPTING FINDINGS AND**
**RECOMMENDATION OF UNITED STATE MAGISTRATE JUDGE**

On November 20, 2008, the United States Magistrate Judge issued his Findings, Conclusions, and Recommendation. Doc. # 15. On December 12, 2008, Plaintiff filed his Objections to the Magistrate Judge's Findings, Conclusions and Recommendation. Doc. # 15.

After conducting a review *de novo* of all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the Magistrate Judge and the objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and are hereby accepted as the Findings and Conclusions of the Court.

**SO ORDERED** on this **14th** day of **April, 2009.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**